IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**FREDDIE BENNETT,**

    Plaintiff,

vs.                                                  Case No. 4:11cv274-MP/WCS

**MICHAEL J. ASTRUE**
**Commissioner of Social Security,**

    Defendant.

_____/

## REPORT AND RECOMMENDATION

This case is before the court upon Plaintiff's Unopposed Motion to Dismiss Complaint filed September 27, 2011. Doc. 16. While Defendant does not oppose, there is no written stipulation for dismissal. A court order is needed. Rule 41.

Accordingly, it is respectfully **RECOMMENDED** that the motion, doc. 16, be **GRANTED** and this case closed.

**IN CHAMBERS** at Tallahassee, Florida, on September 28, 2011.

                                              s/ William C. Sherrill, Jr.
                                              WILLIAM C. SHERRILL, JR.
                                              UNITED STATES MAGISTRATE JUDGE

**NOTICE TO THE PARTIES**

       A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.