IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**FREDDIE BENNETT,**

    **Plaintiff,**

v.                                            **CASE NO. 4:11-cv-274-MP-WCS**

**MICHAEL ASTRUE,**

    **Defendant.**

_____/

## O R D E R

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated September 28, 2011. (Doc. 17). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2. The motion to voluntarily dismiss, filed by plaintiff (doc. 16), is granted, and the Clerk is directed to close this case.

    **DONE and ORDERED** this 28th day of October, 2011.

                                                    _s/ M. Casey Rodgers_
                                                    **M. CASEY RODGERS**
                                                    **CHIEF UNITED STATES DISTRICT JUDGE**